**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AHMED ABDUL AZIZ,                             :
                                           :
         Petitioner,               :
                                             :
      v.                             : Civil Action No. 05-0492 (JR)
                                             :
BARACK OBAMA, *et al.*,               :
                                             :
         Respondents.            :

## ORDER

Upon review of Petitioner's first motion for leave to take discovery, and Respondents' opposition, requests 1 and 3 (insofar as they request access to an individual for questioning), 7, 16, 21, and 23, are **denied**, and the remaining requests (including the remaining portions of requests 1 and 3) are **denied without prejudice** to a further motion filed with or after Petitioner's traverse, showing that, for specified reasons, Petitioner cannot present facts essential to justify his traverse.

It is **SO ORDERED.**

                                      JAMES ROBERTSON
                          United States District Judge